UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80261-CIV-SMITH/REINHART
CASE NO. 20-80088-CR-SMITH

ANTHONY JUNIOR HARRIS,

    Movant,
vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING IN PART REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation on Motion to Vacate, Set Aside, or Correct Sentence [DE 10] of Magistrate Judge Reinhart, in which he recommends denying Movant's Motion to Vacate, Set Aside or Correct Sentence. Movant has filed Objections [DE 11] and the government has filed a Response to the Objections [DE 12]. For the reasons that follow, the Objections are overruled in part.

Movant first asserts that the Magistrate Judge erred by finding that Movant's argument that law enforcement lacked reasonable suspicion to temporarily seize the package was procedurally barred and untimely because Movant raised it for the first time in his Reply to the Motion to Vacate. The record reflects, and the government concedes, that Movant raised this argument in his direct appeal. Thus, to the extent that the Report and Recommendation found otherwise, the Court declines to adopt the Report and Recommendation. However, despite this error, the Magistrate Judge correctly found that there was no prejudice to Movant, because the Eleventh Circuit already found, on direct appeal, that there was no state action in the seizure of the package. *See* CRDE 232 at 8-9 n.1 (noting that "even if Harris could show a legitimate expectation of

privacy -- he demonstrated no Fourth Amendment violation [because] the package was opened by a FedEx employee: a private person who was not acting as an instrument or agent of the government").

Further, Movant's argument that, if this Court had found that he had standing to challenge the seizure, a reasonable probability exists that the Court would have found that law enforcement's seizure of the package from the conveyor belt without reasonable suspicion violated the Fourth Amendment is nothing more than unsupported conjecture. Further, the Eleventh Circuit found that there was no Fourth Amendment violation because the package was opened by a FedEx employee, not an agent of the government. Thus, Movant's remaining Objections to the Report and Recommendation as to his first claim are overruled.

Movant also objects to the Magistrate Judge's finding that *Strickland* prejudice cannot be established with respect to his second claim because it is speculative that the Court would have imposed a sentence below the actual sentence imposed. Movant, however, has offered nothing other than speculation to support his argument. As noted in the Report and Recommendation, the guidelines range, without the obstruction enhancement was 360 months to life. Movant received 380 months, a sentence within the guidelines. Thus, Movant's Objection as to his second claim is overruled.

Having reviewed, *de novo*, the Report and Recommendation, Movant's Objections, Respondent's Response to the Objections, and the record, it is

**ORDERED** that:

1) The Report and Recommendation on Motion to Vacate, Set Aside, or Correct Sentence [DE 10] is **AFFIRMED and ADOPTED in part**, as set forth herein, and incorporated by reference into this Court's Order; and

2) Movant's Motion to Vacate Sentence [DE 1] is **DENIED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of October, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record/Pro se plaintiff